IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FELIX GARCIA,

    Plaintiff,

vs.                                         CASE NO. 4:07-CV-474-SPM-GRJ

MARTIE TAYLOR, et al.,

    Defendants.

_____/

## ORDER

Upon consideration, the Plaintiff's pro se "Motion to Intervene" (doc. 162) is hereby DENIED pursuant to Northern District of Florida Local Rule 11.1(D), as it was prepared and mailed to the Court without the assistance and participation of Plaintiff's counsel. Plaintiff is directed to consult with his attorneys regarding the issues raised in the Motion and should pursue the inmate grievance process.

**DONE AND ORDERED** this <u>fifth</u> day of January, 2011.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge