IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FELIX GARCIA,

    Plaintiff,

vs.                                CASE NO. 4:07-cv-474-SPM/WCS

WALTER MCNEIL, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 197). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 197) is *adopted* and incorporated by reference in this order.

2. Plaintiff's Motion to Consolidate Cases (doc. 167) is *denied*.

3. This case is remanded to the Magistrate Judge for further proceedings.

DONE AND ORDERED this <u>twenty-fifth</u> day of March, 2011.

                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                Chief United States District Judge