IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FELIX GARCIA,

    Plaintiff,

vs.                                                      4:07-CV-474-SPM/WCS

MARTIE TAYLOR, et al.,

    Defendants.

_____/

## ORDER EXTENDING TIME

**THIS CAUSE** comes before the Court upon the Plaintiff's Motion for Extension of Time to Respond to the Report and Recommendation (doc. 245). The Court finds this request to be reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion (doc. 245) is *granted*.

2.     Plaintiff shall have until *August 22, 2011,* to respond to the Magistrate Judge's Report and Recommendation (doc. 244).

**DONE AND ORDERED** this <u>twenty-ninth</u> day of July, 2011.

                                                          *s/ Stephan P. Mickle*
                                                          Stephan P. Mickle
                                                          Senior United States District Judge