IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FELIX GARCIA,

    Plaintiff,

vs.                                                       Case No. 4:07-cv-474-SPM/WCS

EDWIN BUSS,

    Defendant.

_____/

## ORDER EXTENDING TIME

This cause comes before the Court upon the Defendant's Unopposed Motion for Extension of Time to Respond (doc. 253) to Plaintiff's Objection to 4th Report & Recommendation (doc. 251). The Court finds this request to be reasonable. It is hereby **ORDERED AND ADJUDGED** as follows:

    1.    Defendant's Motion for Extension of Time (doc. 253) is GRANTED.

    2.    Defendant shall have until September 16, 2011, to respond to Plaintiff's Objection to Report and Recommendations (doc. 251).

**DONE AND ORDERED** this 30th day of August, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge