IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FELIX GARCIA,

    Plaintiff,

v.                                          Case No. 4:07cv474-SPM/WCS

KENNETH S. TUCKER,
in his official capacity,

    Defendant.

_____/

## ORDER

    This cause is before the Court on Defendant's Unopposed Motion to Extend Deadline for Parties to Complete Settlement Discussions and to Submit Objections to Report and Recommendation (doc. 293). Upon consideration, it is

**ORDERED AND ADJUDGED**:

1.     The motion (doc. 293) is **granted**.

2.     The parties shall have until February 6, 2012, to attempt settlement discussions. If those discussions are unsuccessful, the parties shall have until February 20, 2012, to file objections to the Fifth Report and Recommendation (doc. 286).

**DONE AND ORDERED** this 23rd day of January, 2012.

                                            *S/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            Senior United States District Judge