IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FELIX GARCIA,

    Plaintiff,

v.                                  Case No. 4:07cv474-SPM/WCS

KENNETH S. TUCKER,
in his official capacity,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the Defendants' Notice of Filing Executed Settlement and Release of All Claims (doc. 303) and the Settlement Agreement and Release of All Claims (doc. 303-1). Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

    **ORDERED AND ADJUDGED**:

    1.    This case is hereby **dismissed**.

    2.    The Court shall retain jurisdiction for a period of 180 days, during which time any party may move to reopen for good cause shown.

**DONE AND ORDERED** this 8th day of March, 2012.

                                            *S/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            Senior United States District Judge