IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FELIX GARCIA,

    Plaintiff,

v.                                     Case No. 4:07cv474-SPM

KENNETH S. TUCKER,
in his official capacity,

    Defendant.

_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Leave for Late Submission of March Fee Record (doc. 311). Upon consideration, it is

**ORDERED AND ADJUDGED**:

1.     The motion (doc. 311) is **granted**.

2.     Plaintiff shall have until May 4, 2012, to file its March, 2012 fee records.

**DONE AND ORDERED** this 30th day of April, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge