IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FELIX GARCIA,

    Plaintiff,

vs.                                    Case No. 4:07-cv-474-SPM

KENNETH S. TUCKER, in his
official capacity,

    Defendant.

_____/

## ORDER

This cause is before the Court upon Plaintiff's Notice of Inquiry/Request for Injunction (doc. 332). Pursuant to Local Rule 11.1(D), a "party represented in a suit by counsel of record shall not thereafter take any step or be heard in the case in proper person, absent prior leave of court." Plaintiff is represented by counsel in this matter and did not seek leave of Court. Accordingly, it is

**ORDERED AND ADJUDGED**: The request (doc. 332) is **denied**.

**DONE AND ORDERED** this 27th day of July, 2012.

                                                  *S/ Stephan P. Mickle*
                                                  Stephan P. Mickle
                                                  Senior United States District Judge